IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| APPROXIMATELY $146,000.00 IN CURRENCY SEIZED FROM RUBEN FLORES HERNANDEZ ON OR ABOUT FEBRUARY 6, 2018; and | ) CIVIL NO. 3:19cv647 |
| APPROXIMATELY $239,358.00 IN CURRENCY SEIZED FROM CARLOS ALFONSO GONZALEZ ON OR ABOUT FEBRUARY 7, 2018, | ) |
| Defendants. | ) |

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

NOW COMES Plaintiff the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, in a civil cause of forfeiture, and alleges as follows:

**INTRODUCTION AND NATURE OF THE ACTION**

1. This is a civil forfeiture action *in rem* against two separate sums of currency seized during the investigation of a drug trafficking conspiracy: (a) approximately $146,000.00 in United States Currency seized from Ruben Flores Hernandez on or about February 6, 2018 (the "$146,000 in Currency"), and (b) approximately $239,358.00 in United States Currency seized from Carlos Alfonso Gonzalez on or about February 7, 2018 (the "$239,358 in Currency") (collectively, "the Currency").

1

2. The Currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes money furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. §§ 841 and/or 846, is proceeds traceable to such an exchange, and is money used or intended to be used to facilitate a violation of 21 U.S.C. §§ 841 and/or 846.

3. Procedures for this action are mandated by 21 U.S.C. § 881, 18 U.S.C. § 983, 19 U.S.C. §§ 1602-1621, and, to the extent applicable, the Federal Rules of Civil Procedure and accompanying Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. These statutes confer original jurisdiction to federal district courts of all civil actions, suits, or proceedings commenced by the United States and any action for the forfeiture of property incurred under any act of Congress.

5. Venue is proper pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred within the Western District of North Carolina. Venue is also proper pursuant to 28 U.S.C. § 1395 because the Currency was seized in the Western District of North Carolina.

6. The Currency has been seized and is now within the Western District of North Carolina.

7. Based on the following facts, verified by the Drug Enforcement Agency ("DEA") Special Agent Christopher Morgan, this action seeks the forfeiture of all right, title, and interest in the Currency.

# FACTS GIVING RISE TO FORFEITURE

**I.     The drug trafficking conspiracy generally.**

8.      From 2014 through August 2018, Organized Crime Drug Enforcement Task Force agents surveilled and investigated a drug distribution ring responsible for trafficking methamphetamine, cocaine, and marijuana in western North Carolina (the "Drug Trafficking Ring").

9.      The Drug Trafficking Ring was large-scale in multiple regards. Geographically, while it centered in and around Catawba County, the conspiracy also extended well beyond North Carolina to Tennessee, Georgia, Texas, California, Illinois, Mexico, and elsewhere. It also involved the trafficking of multi-kilogram quantities of narcotics.

10.     Sixteen (16) individuals who were members of this conspiracy were indicted and all sixteen have plead guilty to drug trafficking, conspiracy, and/or possession crimes. *See United States v. Juan E. Villarreal, et. al*, Docket No. 5:18-CR-48-RJC in the Western District of North Carolina.

11.     During the investigation of these co-conspirators, the Currency was seized from individuals who—while not among the sixteen indicted—were involved with the Drug Trafficking Ring.

**II.    The seizure of the $146,000 in Currency from Ruben Flores Hernandez on February 6, 2018.**

12.     On February 6, 2018, as part of an ongoing DEA investigation, Catawba County Sheriff's investigators executed a search warrant at 4622 Sunrise Beach Road, Catawba, NC (the "Sunrise Road Residence").

13.     The warrant was obtained based on information from a confidential source and other investigative leads specifying that Ruben Flores Hernandez ("Hernandez") was residing at

3

the Sunrise Road Residence, selling large quantities of controlled substances—specifically methamphetamine and cocaine—and over the past seven (7) days prior to the search warrant, had been counting out over $200,000.00 in United States currency to be used to pay for cocaine and methamphetamine.

14. Hernandez has been linked to the Drug Trafficking Ring and numerous large-scale drug investigations involving marijuana and cocaine dating back to 2009, with reputed ties to a Mexican Drug Trafficking Organization.

15. Multiple witnesses—both before and after the execution of the warrant—also confirmed Hernandez's involvement with drug trafficking, including *inter alia* information that Hernandez had previously supplied to two other individuals with five pounds of cocaine that had been seized by law enforcement on November 7, 2016.

16. During the search of Sunrise Road Residence, law enforcement found and seized fourteen (14) bundles of United States Currency in the front-left bedroom of the residence—twelve of which were inside a blue-colored bag and two laying nearby on the floor. The bundles were wrapped and vacuum sealed, and later determined to total $146,000.00.

17. In addition to the $146,000 in Currency, law enforcement also found located throughout the Sunrise Road Residence: a vacuum sealing machine, vacuum sealed baggies, tape, rubber bands, a black/silver money counter, digital scales, and two clear plastic bags containing marijuana. These items are commonly used to package and distribute narcotics and money used in narcotics trafficking.

18. Further, earlier that same day (February 6, 2018), law enforcement also obtained and executed a search warrant at 2716 N. Ashe Ave., Newton, NC, a location that was utilized by Hernandez as a "stash house" for illegal narcotics. During the search, law enforcement seized

4

Case 3:19-cv-00647-GCM   Document 1   Filed 11/26/19   Page 4 of 10

approximately eight (8) pounds of marijuana and one and a half (1.5) pounds of cocaine from a vehicle at the premises, as well as firearms, drug paraphernalia, and currency wrappings from inside the residence.

## II. The seizure of the $239,358 in Currency from Carlos Alfonso Gonzalez on February 7, 2018.

19. Over the course of several days, DEA Task Force Officers were conducting surveillance operations of the Drug Trafficking Ring at 2038 Vance Drive, Newton, North Carolina. The DEA had received reliable information that a shipment of narcotics was en route to that address.

20. During that surveillance, at approximately 3:00 p.m. on February 7, 2018, DEA investigators observed a commercial tractor-trailer, pictured below, drive into the neighborhood:



21. The residential neighborhood was clearly marked "no exit" and there was no apparent reason for the tractor-trailer to be in the residential neighborhood, which had very narrow and rough roadways, and was located miles from NC State Highway 321, the nearest major thoroughfare.

22. As the tractor-trailer entered the neighborhood, the driver attempted a U-turn within a grassy area in close proximity to 2038 Vance Drive and became stuck in the mud.

23. DEA investigators conducted an information database check on the DOT numbers and license plates displayed on the tractor trailer, which revealed that the vehicle was registered to an individual linked to several drug investigations.

24. Shortly after the tractor-trailer became stuck in the mud, a local towing company along with a Newton Police Department vehicle arrived on the scene to assist the driver in removing the tractor-trailer from the mud and returning to roadway. The process of extracting the vehicle from the mud took approximately one and a half (1.5) hours, and at approximately 4:30 p.m., the tractor-trailer was freed from the mud and left the area, without continuing on its original travel path.

25. DEA investigators followed the tractor trailer for approximately 45 minutes. At roughly 5:20 p.m., TFO Christopher Newman, who is also a Charlotte Mecklenburg Police Department K9 Officer, stopped the tractor-trailer near NC State Highway 321 and Hardin Road. DEA Special Agent Eric Trevino arrived at the stop to assist TFO Newman.

26. The driver, Carlos Alfonso Gonzalez ("Gonzalez"), produced a Texas Commercial Driver License and a Texas concealed carry permit. A database search and Gonzalez's own statements revealed that Gonzalez had been arrested for drug trafficking in the past.

27. During the stop, TFO Newman asked Gonzalez if there was anything illegal in the vehicle. Gonzalez responded that he had a firearm and some money in the cab of the truck.

28. Gonzalez consented to a search of the truck by TFO Newman. During the search, TFO Newman located a loaded black 9mm pistol on the bed of the truck's cab. Additionally, a large camouflaged Army bag containing a sizable amount of currency (later determined to be the $239,358 in Currency) was located adjacent to the firearm. TFO Newman removed the firearm and bag/currency from the truck.

6

29. When TFO Newman asked Gonzalez about the currency, Gonzalez stated that he found it at a truck stop in Greensboro, North Carolina. In response to TFO Newman's question to Gonzalez regarding how he found the currency, Gonzalez stated that he found it in plastic bags, but that he wrapped the bags in tape and wrote numbers on the tape.

30. TFO Newman then advised Gonzalez that the currency was going to be detained for investigative purposes, and requested that Gonzalez document and sign regarding this detainment of currency, which he did.

31. Subsequently, TFO Newman gave Gonzalez a receipt for the currency, and Gonzalez left the area a short later.

32. TFO Newman and SA Trevino then transported the bag and currency seized from Gonzalez to the Charlotte DEA Office. There, TFO Newman deployed narcotics K-9 Enzo to inspect the bag and currency. K-9 Enzo positively alerted to the presence of narcotics.

## FIRST CLAIM FOR RELIEF - THE $146,000 IN CURRENCY
## (21 U.S.C. § 881(a)(6))

33. The United States incorporates by reference the allegations set forth in Paragraphs 1 to 32 above as if fully set forth herein.

34. The $146,000 in Currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes money furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. §§ 841 and/or 846, is proceeds traceable to such an exchange, and is money used or intended to be used to facilitate a violation of 21 U.S.C. §§ 841 and/or 846.

35. Upon information and belief, the following persons may claim an interest in the $146,000 in Currency seized on February 6, 2018:

- Ruben Flores Hernandez, 4622 Sunrise Beach Road, Catawba, NC 28609 and 2716 N. Ashe Avenue Newton, NC 28658

- Kevin Dante Holder, 4622 Sunrise Beach Road, Catawba, NC 28609

## SECOND CLAIM FOR RELIEF - THE $239,358 IN CURRENCY
### (21 U.S.C. § 881(a)(6))

36. The United States incorporates by reference the allegations set forth in Paragraphs 1 to 35 above as if fully set forth herein.

37. The $239,358 in Currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes money furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. §§ 841 and/or 846, is proceeds traceable to such an exchange, and is money used or intended to be used to facilitate a violation of 21 U.S.C. §§ 841 and/or 846.

38. Upon information and belief, the following persons may claim an interest in the $239,358 in Currency seized on February 7, 2018:

- Carlos Alphonso Gonzalez, 1222 Cesar Chavez Road, Alamo, TX 78516, and 1900 University Blvd, Apt. 6005, Brownsville, TX 78520; with copy to: Paul Fourt, Esq., 100 E. Van Buren, Brownsville, TX 78520

- Carlos Leal, 598 Ruby Red Lane, Apt. 307, Brownsville, TX 75821

## CONCLUSION AND PRAYER FOR RELIEF

39. By virtue of the foregoing, all right, title, and interest in the Currency vested in the United States at the time of the commission of the unlawful act giving rise to forfeiture, 21 U.S.C. § 881(h), and has become and is forfeitable to the United States of America.

WHEREFORE, the United States of America respectfully prays the Court that:

(1) a warrant for the arrest of the Defendant Properties be issued;

(2) due notice be given to all parties to appear and show cause why the forfeiture should not be decreed;

(3) judgment be entered declaring the Defendant Properties to be condemned and forfeited to the United States of America for disposition according to law; and

(4) the United States be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action, including but not limited to the expenses of maintenance and protection of the Defendant Properties as required by 28 U.S.C. § 1921.

Respectfully submitted this 26th day of November, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

/s/ Seth Johnson
J. Seth Johnson
NC Bar No. 53217
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 338-3159
Email: seth.johnson@usdoj.gov

# VERIFICATION

Christopher Morgan deposes and says under penalty of perjury:

I am a Special Agent with Drug Enforcement Administration and one of the agents assigned to this case.

I have read the foregoing Complaint and the factual information contained therein is true according to the best of my knowledge, information, and belief.

_____
Christopher Morgan, Special Agent

STATE OF North Carolina
COUNTY OF Mecklenburg

I certify that Christopher Morgan personally appeared before me this day, acknowledging to me that he signed the foregoing document.

This the 26th day of November, 2019.

_____
Notary Public
My Commission Expires: 8/27/24

PATRICIA VENTURA
Notary Public - North Carolina
Mecklenburg County
My Commission Expires Aug 27, 2024