# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:19CV647-GDM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFAULT JUDGMENT** |
| ) | |
| APPROXIMATELY $146,000.00 IN ) | |
| CURRENCY SEIZED FROM RUBEN ) | |
| FLORES HERNANDEZ ON OR ABOUT ) | |
| FEBRUARY 6, 2018; and ) | |
| ) | |
| APPROXIMATELY $239,358.00 IN ) | |
| CURRENCY SEIZED FROM CARLOS ) | |
| ALFONSO GONZALEZ ON OR ABOUT ) | |
| FEBRUARY 7, 2018, ) | |
| ) | |
| Defendants. ) | |

A default having been entered by the Clerk of Court against the Defendant Properties (Doc. 8) and the United States having requested default judgment in accordance with Federal Rule of Civil Procedure Rule 55(b)(2) (Doc. 9), the Court now renders default judgment in favor of Plaintiff, the United States of America. The *in rem* Defendant Properties are forfeited to the United States, and all other claims thereto are barred. The Court declares that the United States is the lawful owner of all right, title and interest in the subject property:

**Approximately $146,000.00 in currency seized from Ruben Flores Hernandez; and**

**Approximately $239,358.00 in currency seized from Carlos Alfonso Gonzalez.**

IT IS SO ORDERED.

Signed: February 25, 2020

Graham C. Mullen
United States District Judge